UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**KURT D. SHAFFER,**

        Plaintiff,

                                              Case No. 04-CV-74813 DT

v.                                            Hon. Bernard A. Friedman

**COMMISSIONER OF SOCIAL SECURITY,**

        Defendant.

_____/

## <u>MEMORANDUM OPINION AND ORDER</u>

        This matter is before the Court on Magistrate Judge Virginia M. Morgan's Report and Recommendation dated July 25, 2005.  No objections were filed thereto.

        This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

        ACCORDINGLY:

        IT IS HEREBY ORDERED that Magistrate Judge Virginia M. Morgan's Report and Recommendation dated July 25, 2005, is hereby accepted and adopted.

        IT IS FURTHER ORDERED that defendant's motion for summary judgment is granted.

        IT IS FURTHER ORDERED that plaintiff's motion that the district court award disability benefits or remand this matter to the administrative law judge for reconsideration of his claim is denied.

___September 15, 2005___           ___s/Bernard A. Friedman_____
    Detroit, Michigan                    BERNARD A. FRIEDMAN
                                  CHIEF JUDGE

**I hereby certify that a copy of the foregoing document
was served this date upon counsel of record
electronically and/or via first-class mail.**

_____**/s/ Patricia Foster Hommel**_____
       **Patricia Foster Hommel**
   **Secretary to Chief Judge Friedman**